


IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HERBERT FLETCHER, Plaintiff, [1] §
§
v. § Case No. 3:10-CV-2018-K-BK
§
UNITED STATES OF AMERICA, Defendant. [1] §

**PLAINTIFFS' STANDING OBJECTION TO NON-JUDICIAL DECISION-MAKING**

**Assertion of Rights**

Plaintiffs Herbert Fletcher and HERBERT FLETCHER assert all their unalienable rights, privileges, and immunities at Natural Law, Common Law, and Maritime Law, and all their commercial rights relevant to "this state."

**Standing Objection to Non-judicial Decision-making**

General, Standing Objection.

Plaintiffs assert their standing objection to and non-consent to the participation by any and all non-judicial decision-makers, including magistrates and clerks. Plaintiffs do not consent to, and affirmatively withhold all consent regarding, any participation by any non-judicial decision-maker regarding any

[1] This is not the case style of the state court case. In the state court, Fletcher animated both capacities, not just the FEDERAL CAPACITY, i.e., there are two Plaintiffs, and UNITED STATES is also a named defendant, i.e., there are two Defendants. Thus, by restyling the case, doj has already and unilaterally dismissed two parties/capacities, namely Plaintiff "Herbert Fletcher" and defendant "UNITED STATES." Plaintiffs' use of doj's case style in no way constitutes consent to such unilateral dismissal, and any apparent uniformity of case style is solely for the convenience of the clerks and court in the administrative handling of this case.

matter in this case. *Cf. Gonzalez v. United States*, 553 U.S. 242 (12 May 2008) (**"If the parties consent ...."**) (construing § 636**(b)**).

Submitted by,

/s/ Herbert Fletcher
Herbert Fletcher,
HERBERT FLETCHER

808 9th Street
Terrell, TX 75160

**Certificate of Service**

By my signature below, I certify that on this the 19th day of October, 2010, I served a true and correct copy of this Objection by certified mail as follows:

RAMONA S. NOTINGER
doj, tax division
717 North Harwood, Suite 400
Dallas, TX 75201

ATTORNEY FOR (THE) **UNITED STATES**

Note: Plaintiffs deny that NOTINGER has signature authority for **UNITED STATES OF AMERICA** or for **UNITED STATES** and demands strict proof.

Herbert Fletcher
/s/ Herbert Fletcher
Herbert Fletcher,
HERBERT FLETCHER

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

UNITED STATES POSTAL SERVICE

75242

U.S. POSTAGE PAID
TERRELL, TX
75160
OCT 19, '10
AMOUNT
$7.70
00086858-11

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

RECEIVED
OCT 20 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS




X-RAY

7010 0290 0003 3207 0099

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL™

7010 0290 0003 3207 0099

or ask a retail associate for details.

From:/Exp

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE

For Domestic and International Use



From Herbert Fletcher
808 9th ST.
Terrell, TX 75160

TO Karen Mitchell, Clerk
United States District Court
1100 Commerce, Room 1452
Dallas TX, 75242

Label 228C, January 2008

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Recycled Paper

EP14F

082708_PM_EP14F OCT 2008